**AFFLITTO, RAIMONDI & AFFLITTO**
500 Valley Road
P. O. Box 3097
Wayne, New Jersey 07474-3097
973/633.8700
**ATTORNEYS FOR DEFENDANT**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CASE NO. 08-00934 (DRD)

| | |
|---|---|
| UNITED STATE OF AMERICA<br><br>- v -<br><br>DAVID DRILL<br><br>DEFENDANT. | CRIMINAL<br><br>CONSENT ORDER |

THIS MATTER having been opened to the Court upon the application of Afflitto, Raimondi & Afflitto, Esquires (Joseph T. Afflitto, Sr., Esquire, appearing), Attorneys for Defendant, David Drill, upon notice to the United States Attorney's Office (Eric T. Kanefsky, A.U.S.A., appearing) and United States Pre-Trial Services (Daniel Milone appearing); and

it appearing to the Court that the Defendant did on December 22, 2008, enter a plea of guilty to the Information filed herein and simultaneously therewith, surrendered his Passport as a condition of his release; and it further appearing that Defendant is now seeking permission to travel to Mexico from November 3, 2011, through November 10, 2011, and has provided confirmation of the departure and return documents as well as locations he will be present at during the course of his stay; and it further appearing that the United States Attorney consents to the within application and Pre-Trial Services takes no position:

It is on this ___12th___ day of **October, 2011**,

**ORDERED** that the Defendant be permitted to leave the United States on November 3, 2011, and return November 10, 2011, and shall be permitted to retrieve his Passport for that purpose; and it is further

**ORDERED** that upon his return, he will immediately surrender his Passport to Pre-Trial Services.

_____
**DICKINSON R. DEBEVOISE, U.S.S.D.J.**